RECEIVED
MAY 30 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| EMMANUEL ASANTE,<br>Petitioner | CIVIL ACTION NO. 1:18-CV-77-P |
| VERSUS | JUDGE DEE D. DRELL |
| JEFFERSON SESSIONS, ET AL.,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus is hereby **DISMISSED** for lack of jurisdiction.

Additionally, the Court notes the copy of the report and recommendation mailed April 17, 2018 to Mr. Asante's last known address was returned to the Clerk of Court on April 26, 2018, marked "return to sender." Thirty days have passed since April 26, 2018, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 29th day of May, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE